## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACORE SOFTWARE CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>SCALE COMPUTING, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 22-cv-535-GBW |

## JOINT MOTION FOR EXTENSION OF THE DEADLINE FOR FACT WITNESS DEPOSITIONS AND MODIFICATION OF THE SCHEDULING ORDER

DataCore Software Corporation ("DataCore") and Scale Computing, Inc. ("Scale") jointly move for an extension to complete fact witness depositions and modification of the Scheduling Order.  (D.I. 31).

Pursuant to the Scheduling Order (D.I. 31), the deadline for the completion of fact discovery is August 31, 2023.  The parties require additional time to review and analyze the documents produced in this case, including documents produced within two weeks of the close of fact discovery, to adequately prepare for fact witness depositions.  Accordingly, the parties jointly request an extension to November 30, 2023, to conclude fact witness depositions and a modification of the Scheduling Order as follows:

| Event | D.I. 31 (current) | Proposed New Deadline |
|---|---|---|
| Fact Discovery Deadline | August 31, 2023 | August 31, 2023 |
| Deadline for Fact Witness Depositions | August 31, 2023 | November 30, 2023 |
| Initial Expert Reports | October 12, 2023 | December 31, 2023 |

| | | |
|---|---|---|
| Rebuttal Expert Reports | November 9, 2023 | January 31, 2024 |
| Reply Expert Reports | December 7, 2023 | February 21, 2023 |
| Complete Expert Depositions | January 18, 2024 | March 15, 2024 |
| Case Dispositive and *Daubert* Motions Opening Briefs | February 15, 2024 | April 5, 2024 |
| Case Dispositive and *Daubert* Motions Rebuttal Briefs | March 14, 2024 | May 3, 2024 |
| Case Dispositive and *Daubert* Motions Reply Briefs | March 28, 2024 | May 17, 2024 |
| Case Dispositive and *Daubert* Motion Hearing | May 30, 2024 at 1:00 p.m. | July 17, 2024 (subject to the Court's availability) |
| Pretrial Order | July 25, 2024 | July 31, 2024 |
| Proposed Voir Dire, Jury Instructions, and Special Verdict Forms | July 29, 2024 | August 2, 2024 |
| Pretrial Conference | August 1, 2024 | August 6, 2024 (subject to the Court's availability) |
| Trial | August 20-22, 2024 | August 20-22, 2024 |

For the foregoing reasons, the parties respectfully request that the Court extend the deadline to complete fact witness depositions and modify the Scheduling Order accordingly.

Respectfully submitted,

Dated: August 30, 2023

MCDERMOTT WILL & EMERY LLP

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 485-3911

OF COUNSEL:

A. Shane Nichols *(Pro Hac Vice)*
MCDERMOTT WILL & EMERY LLP
1180 Peachtree Street, NE
Suite 3350
Atlanta, GA 30309

Thomas DaMario *(Pro Hac Vice)*
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Suite 4000
Chicago, IL 60606

Jodi Benassi (*Pro Hac Vice*)
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105
(628) 218-3800
lbenassi@mwe.com

*Attorneys for Plaintiff*
*DataCore Software Corporation*

POTTER ANDERSON & CORROON LLP

/s/ *Bindu A. Palapura*
Bindu A. Palapura (#5370)
Andrew M. Moshos (#6685)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000

OF COUNSEL:

James C. Yoon (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304

Talin Gordnia (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067

*Attorneys for Defendant Scale Computing Inc.*