# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACORE SOFTWARE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCALE COMPUTING, INC., ) <br> ) <br> Defendant. ) | C.A. No. 22-535-GBW-SRF <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

The Court, having reviewed the parties' Joint Motion for Redaction of Transcript, HEREBY ORDERS THAT:

1. The parties' request is GRANTED; and

2. The Clerk of the Court shall cause Exhibit B to the Joint Motion for Redaction of Transcript to be filed on the docket of the above-captioned matter as the public version of the discovery dispute teleconference transcript (D.I. 121).


Dated: December ___, 2023

                                                                                    The Honorable Sherry R. Fallon
                                                                                    United States Magistrate Judge

11208316 / 23368.00001