# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACORE SOFTWARE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 22-535-GBW ) |
| v. | ) ) ) |
| SCALE COMPUTING, INC., | ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER GRANTING
DATACORE'S MOTIONS FOR RECONSIDERATION OF THE COURT'S GRANT OF
SCALE'S MIL #2 AND DENIAL OF DATACORE'S MIL #2**

Before the Court are DataCore Software Corporation's ("DataCore") Motions for Reconsideration of the Court's Grant of Scale's MIL #2 and Denial of DataCore's MIL #2 ("Motions").

Having reviewed the Motions and all related briefing, accordingly, it is **ORDERED** that DataCore's Motions are **GRANTED**.

Date: August \_\_\_\_, 2024

---
The Honorable Gregory B. Williams
United States District Judge